# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA JONES,<br>  Plaintiff,<br>vs.<br>AMERICAN EXPRESS COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive,<br>  Defendant(s). | Case No. 2:20-cv-09033-DSF-RAO<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  July 21, 2021

　　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE